**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Stacy Deemar

                                                Plaintiff,

v.                                                              Case No.:
                                                                1:21−cv−03466
                                                                Honorable Robert
                                                                M. Dow Jr.

Boad of Educaton of the City of Evanston/Skokie
District 65, et al.

                                                Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 29, 2021:

        MINUTE entry before the Honorable Robert M. Dow, Jr: Initial telephone conference is set for 8/10/2021 at 9:00 a.m. and parties are to report the following: (1) Possibility of settlement in the case; (2) If no possibility of settlement exists, the nature and length of discovery necessary to get the case ready for trial; (3) The report should include a proposed case management schedule reflecting any disputes between the parties as to the proposed schedule. Plaintiff is to advise all other parties of the Courts action herein. The parties are requested to file a joint status report at least THREE business days prior to the initial status and ALL further status hearings. For further details see the Court's website available at www.ilnd.uscourts.gov. Participants should use the Court's toll−free call−in number 877−336−1829, conference access code is 6963747. Joint status report due by 8/5/2021. Emailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.