AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.    ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is herewith served upon you, _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

/s/ Nicole Gibson

(By) DEPUTY CLERK

June 30, 2021

DATE



*279811*

Law firm ref#: MB 3969

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

Stacy Deemar,

    Plaintiff(s),

vs.

Board of Education of the City of Evanston/Skokie, et al.,

    Defendant(s).

Case No.: 1:21 CV 3466



## AFFIDAVIT OF SPECIAL PROCESS SERVER

Jason Holinka, Being first duly sworn on oath, deposes and states the following:

I am over the age of 18 and not a party to this action. I am an employee of ATG LegalServe, Inc., Illinois Department of Financial and Professional Regulation number 117.001494.

**INDIVIDUAL TO BE SERVED: Stacy Beardsley**

I, Served the within named INDIVIDUAL on July 08, 2021 @ 2:30 PM

**INDIVIDUAL SERVICE:** By delivering to the within named INDIVIDUAL a copy of this process personally.

**TYPE OF PROCESS: Summons in a Civil Case; Complaint for Declaratory and Injunctive Relief**

**ADDRESS WHERE SERVED: 1500 McDaniel Avenue, Evanston, IL 60201**

The sex, race and approximate age of the INDIVIDUAL with whom the copy of this process was left is as follows:

Sex: **Female** - Race: **White** - Hair: **Brown** - Approx. Age: **50-60** - Height: **5ft 09in** - Weight: **130 lbs**

The undersigned verifies that the statements set forth in this Affidavit of Service are true and correct.

State of _Illinois_

County of _Cook_

This instrument was subscribed and sworn to before me on _7-12-2021_ (date)
By _Jason Holinka_ (name/s of person/s)

_Rene Silva_
Signature of Notary Public

Jason Holinka, Process Server
Dated _7/12/21_

OFFICIAL SEAL
RENE SILVA
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:01/21/24

ATG LegalServe Inc
105 W. Adams Street, Suite 1350
Chicago, IL 60603
312-855-0303