IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STACY DEEMAR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:21-cv-3466 |
| | ) |
| BOARD OF EDUCATION OF THE CITY OF EVANSTON/SKOKIE ("DISTRICT 65"), et al., | ) Judge Robert M. Dow, Jr. |
| | ) |
| Defendants. | ) |

## JOINT STATUS REPORT

In accordance with this Court's June 29, 2021 Order, Plaintiff and Defendants hereby file the following Joint Status Report:

1. This is an action brought pursuant to the Equal Protection Clause of the Fourteenth Amendment and Title VI of the Civil Rights Act of 1964.

2. On June 29, 2021, Plaintiff filed a Complaint challenging Defendants' race-based programming and curriculum. (Doc. 1.)

3. Plaintiff served Defendants with copies of the Complaint on July 14, 2021. (Docs. 9-12.)

4. On July 28, 2021, Defendants filed an Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint. (Doc. 16.)

5. In light of the pending Motion before this Court, the parties respectfully await a ruling regarding upcoming deadlines before submitting a proposed case management schedule.

Respectfully submitted, this 5th day of August, 2021.

| | |
|---|---|
| /s/Nicki B. Bazer<br>Nicki B. Bazer<br>Michael A. Warner, Jr.<br>R. Jason Patterson<br>**FRANCZEK P.C.**<br>300 South Wacker Drive, Suite 3400<br>Chicago, IL 60606<br>(312) 986-0300<br>*nbb@franczek.com*<br>*maw@franczek.com*<br>*rjp@franczek.com*<br><br>*Attorneys for Defendants* | /s/ Celia H. O'Leary<br>KIMBERLY S. HERMANN<br>GA Bar No. 646473<br>BRADEN H. BOUCEK<br>TN BPR No. 021399<br>CELIA H. O'LEARY<br>GA Bar No. 747472<br>Southeastern Legal Foundation<br>560 W. Crossville Road, Suite 104<br>Roswell, GA 30075<br>Telephone: (770) 977-2131<br>khermann@southeasternlegal.org<br>bboucek@southeasternlegal.org<br>coleary@southeasternlegal.org<br><br>WHITMAN H. BRISKY<br>ARDC No. 297151<br>TERRY S. LU<br>ARCD No. 6313383<br>Mauck & Baker, LLC<br>1 N. LaSalle St., Suite 600<br>Chicago, IL 60602<br>Telephone: (312) 726-1243<br>wbrisky@mauckbaker.com<br>tlu@mauckbaker.com<br><br>*Attorneys for Plaintiff* |