IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STACY DEEMAR,<br><br>Plaintiff,<br><br>v.<br><br>BOARD OF EDUCATION OF THE CITY OF EVANSTON/SKOKIE ("DISTRICT 65"), et al.,<br><br>Defendants. | Case No. 1:21-cv-3466<br><br>Judge Robert M. Dow, Jr. |

### DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME AND LEAVE TO EXCEED PAGE LIMIT PURSUANT TO LOCAL RULE 7.1

Defendants, Evanston-Skokie Community Consolidated School District 65, Devon Horton, LaTarsha Green and Stacy Beardsley (collectively "the District"), by and through their attorneys, Franczek P.C., respectfully submit this unopposed motion for a three-day extension of time in which to respond to Plaintiff's Complaint and to exceed Local Rule 7.1's fifteen page limit for its forthcoming Memorandum of Law in Support of its Motion to Dismiss Plaintiff's Complaint. In support thereof, the District states as follows:

1. This action was commenced on June 29, 2021 (Dkt. 1). Plaintiff's 3-count, 34 page complaint, contains 193 numbered paragraphs and alleges multiple constitutional and statutory violations.

2. By Order dated August 9, 2021, the District's response to Plaintiff's Complaint is currently due August 28, 2021, which is a Saturday (Dkt. 18). This deadline was inadvertently suggested by the District in their prior Motion for Extension of Time. The District, in order to conform with Federal Rule Civil Procedure 6, which generally provides for filing deadlines on

2934426.1

days in which the court is open, seeks a clarification and/or extension of time to Monday, August 30, 2021 in which to file their response to Plaintiff's Complaint. Furthermore, due to the press of work and activities necessitated by the impending start of the school year, which have been compounded by the need to ensure compliance with Covid 19 safety protocols, counsel for the District requires additional time to collect information needed from the District in order to finalize the District's response.

3. The District anticipates moving to dismiss Plaintiff's Complaint in its entirety pursuant to Fed. R. Civ. P. 12. Local Rule 7.1 provides that no memorandum in support of a motion may "exceed 15 pages without prior approval of the court." Given the number of allegations and length of Plaintiff's Complaint, the District seeks leave to file a memorandum in support of its forthcoming motion that will not exceed twenty (20) pages in length. The District believes the additional five (5) pages will afford the ability to adequately address the complex claims.

4. The parties have conferred, and Plaintiff does not oppose the District's request. The requested extension of time and increase in page limits will not prejudice any party.

WHEREFORE, the District respectfully requests that the Court grant their motion and grant the District until August 30, 2021, in which to respond to Plaintiff's Complaint and grant the District leave to file a brief in support of the District's anticipated Motion to Dismiss in excess of fifteen (15) pages, but not to exceed twenty (20) pages.

        Respectfully submitted,

        **BOARD OF EDUCATION OF EVANSTON-SKOKIE COMMUNITY CONSOLIDATED SCHOOL DISTRICT 65, DEVON HORTON, LATARSHA GREEN AND STACY BEARDSLEY**

        By    /s/ Nicki B. Bazer
                  One of Its Attorneys

Nicki B. Bazer *(nbb@franczek.com)*
Michael A. Warner*(maw@franczek.com)*
R. Jason Patterson *(rjp@franczek.com)*
Franczek P.C.
300 S. Wacker Drive, Suite 3400
Chicago, Illinois 60606
312-986-0300

Dated: August 27, 2021

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that she caused a true and correct copy of the foregoing **Defendants' Unopposed Motion for Extension of Time and Leave to Exceed Page Limit Pursuant to Local Rule 7.1** to be filed electronically with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record on this 27th day of August, 2021.

Celia H. O'Leary (coleary@southeasternlegal.org)
Kimberly S. Hermann (khermann@southeasternlegal.org)
Branden H. Boucek (bboucek@southeasternlegal.org)
Southeastern Legal Foundation
560 W. Crossville Rd., Suite 104
Roswell, GA 30075

Whitman H. Brisky(wbrisky@mauckbaker.com)
Terry S. Lu (tlu@mauckbaker.com)
Mauck & Baker, LLC
1 N. LaSalle St., Suite 600
Chicago, IL 60602

/s/ Nicki B. Bazer
nbb@franczek.com

2934426.1