IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STACY DEEMAR, <br><br> Plaintiff, <br><br> v. <br><br> BOARD OF EDUCATION OF THE CITY OF EVANSTON/SKOKIE ("DISTRICT 65"), et al., <br><br> Defendants. | Case No. 1:21-cv-3466 <br><br> Judge Robert M. Dow, Jr. |

## DEFENDANTS' MOTION TO DISMISS

Defendants, Evanston-Skokie Community Consolidated School District 65, Devon Horton, LaTarsha Green and Stacy Beardsley (collectively "the District"), by and through their attorneys, Franczek P.C., respectfully moves to dismiss Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12(b)(1) for lack of jurisdiction, and Fed. R. Civ. P 12(b)(6) for failure to state a claim. In support of its Motion, the District states as follows:

1. Plaintiff filed her 3-Count Complaint on June 29, 2021 alleging multiple constitutional and statutory violations.

2. Plaintiff's claims must be dismissed pursuant to Fed. R. Civ. P. 12(b)(1) for lack of jurisdiction. Additionally, Plaintiff's claims must be dismissed pursuant to Fed. R. Civ. P 12(b)(6) for failure to state a claim.

3. A memorandum of law in support of this motion is filed herewith.

2934790.1

Respectfully submitted,

**BOARD OF EDUCATION OF EVANSTON-SKOKIE COMMUNITY CONSOLIDATED SCHOOL DISTRICT 65, DEVON HORTON, LATARSHA GREEN AND STACY BEARDSLEY**

By      /s/ Nicki B. Bazer
        One of Its Attorneys

Nicki B. Bazer *(nbb@franczek.com)*
Michael A. Warner*(maw@franczek.com)*
R. Jason Patterson *(rjp@franczek.com)*
Franczek P.C.
300 S. Wacker Drive, Suite 3400
Chicago, Illinois 60606
312-986-0300

Dated:  August 30, 2021

2

2934790.1

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that she caused a true and correct copy of the foregoing **DEFENDANTS' MOTION TO DISMISS** to be filed electronically with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record on this 30th day of August, 2021.

>   Celia H. O'Leary (coleary@southeasternlegal.org)
>   Kimberly S. Hermann (khermann@southeasternlegal.org)
>   Branden H. Boucek (bboucek@southeasternlegal.org)
>   Southeastern Legal Foundation
>   560 W. Crossville Rd., Suite 104
>   Roswell, GA 30075
>
>   Whitman H. Brisky (wbrisky@mauckbaker.com)
>   Terry S. Lu (tlu@mauckbaker.com)
>   Mauck & Baker, LLC
>   1 N. LaSalle St., Suite 600
>   Chicago, IL 60602
>
>                   s/ Nicki B. Bazer_____
>                       nbb@franczek.com

2934790.1