IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

STACY DEEMAR,

    Plaintiff,

v.

BOARD OF EDUCATION OF THE CITY OF EVANSTON/SKOKIE ("DISTRICT 65"), et al.,

    Defendants.

Case No. 1:21-cv-3466

Judge Robert M. Dow, Jr.

**DECLARATION OF STACY BEARDSLEY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**

I, Stacy Beardsley, declare as follows:

1. I am the Assistant Superintendent of Curriculum and Instruction at Evanston/Skokie School District 65. I have held this position since September 2015.

2. As part of my job responsibilities, I oversee the development and implementation of the curriculum at the District. I have been directly involved with the equity work of the District, including the development of the Black Lives Matter curriculum week. I have also worked with others at the District to develop and implement training for educators regarding this equity work.

3. I am familiar with the Plaintiff, Stacy Deemar, because she is a teacher within the District and I oversee the implementation of the instructional program by all of the District's educators.

2934793.1

4. As part of its equity training, District provided a two-day seminar to staff called "Beyond Diversity" that used materials from the book Courageous Conversations. During the 2018-2019 school year, the District also hosted voluntary racial "affinity groups." The affinity group sessions were not part of the two-day mandatory Beyond Diversity training that all staff received. The District maintained sign-in sheets for all participants in the affinity groups that were conducted with staff and Deemar has no record that Deemar ever attended an affinity group meeting.

5. Courageous Conversations includes learning tools that can be used by educators both in professional learning with other educators and with students. A central tool used at the District is a compass which is used as a guide for participants to determine their "thinking, acting, feeling, believing" on a topic, race or otherwise. The tool is used as a check in for each participant, to reflect on what they are bringing to the topic. Deemar has not been required to use these materials or participate in any "Courageous Conversation" apart from the initial two day Beyond Diversity training.

6. Another component of staff training as been the implementation of a seminar series, entitled Seeking Educational Equity and Diversity ("SEED"). The SEED seminar has always entirely voluntary and according to District records, Deemar never attended any SEED sessions.

7. Many principals within the District use staff meetings to provide additional professional development. Adrian Harries, former principal of Nichols Middle School, discussed issues of equity during his staff meetings. In the 2017-18 school year, Mr. Harries used an affinity group format as part of some of his meetings. Deemar, however, did not typically attend these staff meetings because of her part time status.

8. During the 2019-20 school year, administrators read the book "White Fragility" by Robin DiAngelo and invited teachers to take part in a monthly book study. The District planned an event for Ms. DiAngelo to come and speak at the District. Reading the book, participating in the book study and coming to the event were voluntary. The District ultimately had to cancel the event due to the pandemic. The District advised staff that a pre-recording speech by Ms. DiAngelo would be provided by a local non-profit and they could view that if they chose. Deemar, was not required to read the book, did not participate in these voluntary book study groups, and Robin DiAngelo never spoke at the District.

9. The District has used voluntary affinity groups for students during the 2018-19, 2019-2020, 2020-2021 school years. The District has no record that Deemar participated in or played any role in facilitating these "affinity groups."

10. The Black Lives Matter Week Curriculum was developed by the District in consultation with the Board, administration, educators, parents, students and community members and fulfills instructional requirements under the Illinois School Code. Deemar was not required to read the book, *Not My Idea*, to students and, indeed, this book was not taught at Nichols Middle School at all.

11. Additionally, the District has no record that the Children's March history lesson was ever taught at the middle school level, nor was intersectionality lesson taught during the 2019-2020 school year.

12. No federal funds received by the District are used to fund Deemar's position and the District receives no federal funding that is any way related to Decmar's position.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on August 30, 2021 in Evanston, IL.

_____
Stacy Beardsley