# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| STACY DEEMAR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:21-cv-3466 |
| | ) |
| BOARD OF EDUCATION OF THE CITY OF | ) Judge Robert M. Dow, Jr. |
| EVANSTON/SKOKIE ("DISTRICT 65"), et al., | ) |
| | ) |
| Defendants. | ) |

## PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT PURSUANT TO LOCAL RULE 7.1

Plaintiff Stacy Deemar, by and through her counsel, respectfully submits this motion for leave to exceed the fifteen-page limit under Local Rule 7.1. In support of its Motion, Plaintiff states the following:

1. On June 29, 2021, Plaintiff filed a Complaint challenging Defendants' race-based programming and curriculum pursuant to the Equal Protection Clause of the Fourteenth Amendment and Title VI of the Civil Rights Act of 1964. (Doc. 1.)

2. On July 28, 2021, Defendants filed an Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint. (Doc. 16.)

3. On August 27, 2021, counsel for both parties conferred. Plaintiff's Counsel agreed to a three-day extension so that Defendants' Motion to Dismiss would not be due on a Saturday. Plaintiff's Counsel also did not oppose Defendants' request to exceed the fifteen-page limit

in their Motion to Dismiss by five (5) pages. Defendants agreed to extend the same courtesy to Plaintiff in her Response.

4. On September 14, 2021, this Court granted Defendants' unopposed motion for leave to file five (5) excess pages.

5. Given the complexity of the issues before this Court, and to respond fully to Defendants' argument, Plaintiff now respectfully requests leave to file a Response to Defendants' Motion to Dismiss in excess of fifteen (15) pages, but not to exceed twenty (20) pages.

Respectfully submitted this 20th day of October, 2021.

/s/ Braden H. Boucek
BRADEN H. BOUCEK
TN BPR No. 021399
GA Bar No. 396831
KIMBERLY S. HERMANN
GA Bar No. 646473
CELIA H. O'LEARY
GA Bar No. 747472
Southeastern Legal Foundation
560 W. Crossville Road, Suite 104
Roswell, GA 30075
Telephone: (770) 977-2131
bboucek@southeasternlegal.org
khermann@southeasternlegal.org
coleary@southeasternlegal.org

WHITMAN H. BRISKY
ARDC No. 297151
JOHN W. MAUCK
ARDC No. 1797328
ANDREW S. WILLIS
ARDC NO. 6333550
Mauck & Baker, LLC
1 N. LaSalle St., Suite 600
Chicago, IL 60602
Telephone: (312) 726-1243
wbrisky@mauckbaker.com
jmauck@mauckbaker.com

awillis@mauckbaker.com

*Attorneys for Plaintiff*

Case: 1:21-cv-03466 Document #: 28 Filed: 10/20/21 Page 3 of 4 PageID #:107

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 20, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail and/or facsimile. Parties may access the filing through the Court's electronic filing system.

Dated: October 20, 2021

/s/ Braden H. Boucek
BRADEN H. BOUCEK