IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STACY DEEMAR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:21-cv-3466 |
| | ) |
| BOARD OF EDUCATION OF THE CITY OF EVANSTON/SKOKIE ("DISTRICT 65"), et al., | ) Judge Robert M. Dow, Jr. |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S MOTION TO STRIKE THE DECLARATION OF STACY BEARDSLEY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS (Doc. 21-1)**

Plaintiff Stacy Deemar, by and through her counsel, respectfully moves to strike the Declaration of Stacy Beardsley, filed in support of Defendants' Motion to Dismiss as Doc. 21-1. The Declaration has not satisfied the standards for admissibility and should be excluded. Plaintiff respectfully raises this evidentiary matter and requests it be addressed as a preliminary matter before resolving Defendants' Motion to Dismiss. *See* Fed. R. Evid. 104(a).

Dated: October 20, 2021.             Respectfully submitted,

/s/ Braden H. Boucek
BRADEN H. BOUCEK
TN BPR No. 021399
GA Bar No. 396831
KIMBERLY S. HERMANN
GA Bar No. 646473

CELIA H. O'LEARY
GA Bar No. 747472
Southeastern Legal Foundation
560 W. Crossville Road, Suite 104
Roswell, GA  30075
Telephone: (770) 977-2131
bboucek@southeasternlegal.org
khermann@southeasternlegal.org
coleary@southeasternlegal.org


WHITMAN H. BRISKY
ARDC No. 297151
JOHN W. MAUCK
ARDC No. 1797328
ANDREW S. WILLIS
ARDC NO. 6333550
Mauck & Baker, LLC
1 N. LaSalle St., Suite 600
Chicago, IL 60602
Telephone: (312) 726-1243
wbrisky@mauckbaker.com
jmauck@mauckbaker.com
awillis@mauckbaker.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 20, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail and/or facsimile. Parties may access the filing through the Court's electronic filing system.

Dated: October 20, 2021.

/s/ Braden H. Boucek
BRADEN H. BOUCEK