IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STACY DEEMAR,<br><br>      Plaintiff,<br><br>    v.<br><br>BOARD OF EDUCATION OF THE CITY OF EVANSTON/SKOKIE DISTRICT 65, *et al*.<br><br>      Defendants | Case No. 1:21-cv-3466<br><br>Judge Robert M. Dow, Jr. |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE REPLY IN SUPPORT OF ITS MOTION TO DISMISS
AND RESPONSE TO PLAINTIFF'S MOTION TO STRIKE**

Defendants, Evanston-Skokie Community Consolidated School District 65, Devon Horton, LaTarsha Green and Stacy Beardsley (collectively "Defendants"), by and through its attorneys, Franczek P.C., respectfully request an extension of time through November 24, 2021, to file its Reply in Support of its Motion to Dismiss and Response to Plaintiff's Motion to Strike Declaration of Stacy Beardsley. Defendants state the following in support of its Motion:

1. On August 30, 2021, Defendants filed its Motion to Dismiss Plaintiff's Complaint. See Dkt. #20.

2. By Order of the Court, Plaintiff's response to Defendants' Motion to Dismiss was due by October 20, 2021, and Defendants' Reply was due November 10, 2021. See Dkt. #24.

3. On October 20, 2021, Plaintiff filed her Response in Opposition to Defendants' Motion to Dismiss (Dkt. #29) and Motion to Strike Declaration of Stacy Beardsley in Support of Defendants' Motion to Dismiss (Dkt. #30, 31).

2962640.1

4. Counsel for Defendants respectfully request a 2-week extension until November 24, 2021 to file its Reply in Support of its Motion to Dismiss, and its Response to Plaintiff's Motion to Strike Declaration of Stacy Beardsley.

5. Counsel for Defendants conferred with counsel for Plaintiff regarding this Motion on November 4, 2021. Counsel for Plaintiff does not object to this motion.

6. Defendants' motion is made in good-faith and does not unduly delay the proceedings or prejudice the parties.

7. WHEREFORE, Defendants respectfully request that this Court grant its Motion and allow until November 24 to file its Reply in Support of its Motion to Dismiss, and its Response to Plaintiff's Motion to Strike Declaration of Stacy Beardsley.

Respectfully submitted,

**BOARD OF EDUCATION OF EVANSTON-SKOKIE COMMUNITY CONSOLIDATED SCHOOL DISTRICT 65, DEVON HORTON, LATARSHA GREEN AND STACY BEARDSLEY**

By     /s/ Nicki B. Bazer
              One of Its Attorneys

Nicki B. Bazer (nbb@franczek.com)
Michael A. Warner (maw@franczek.com)
R. Jason Patterson (rjp@franczek.com)
Franczek P.C.
300 S. Wacker Drive, Suite 3400
Chicago, Illinois 60606
312-986-0300

Dated: November 9, 2021

2962640.1

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that she caused a true and correct copy of the foregoing **Defendants' Unopposed Motion for Extension of Time to File Reply in Support of Motion to Dismiss and Response to Plaintiff's Motion to Strike Declaration of Stacy Beardsley** to be filed electronically with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record on this 9th day of November, 2021.

    Celia H. O'Leary (coleary@southeasternlegal.org)
    Kimberly S. Hermann (khermann@southeasternlegal.org)
    Branden H. Boucek (bboucek@southeasternlegal.org)
    Southeastern Legal Foundation
    560 W. Crossville Rd., Suite 104
    Roswell, GA 30075

    John W. Mauck (jmauck@mauckbaker.com)
    Whitman H. Brisky(wbrisky@mauckbaker.com)
    Terry S. Lu (tlu@mauckbaker.com)
    Andrew S. Willis (awillis@mauckbaker.com)
    Mauck & Baker, LLC
    1 N. LaSalle St., Suite 600
    Chicago, IL 60602

           s/ Nicki B. Bazer_____
              nbb@franczek.com