UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Stacy Deemar

Plaintiff,

v.

Boad of Educaton of the City of Evanston/Skokie District 65, et al.

Defendant.

Case No.: 1:21−cv−03466

Honorable Robert M. Dow Jr.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 11, 2021:

MINUTE entry before the Honorable Robert M. Dow, Jr: Defendant's unopposed motion for extension of time to file its Reply in Support of its Motion to Dismiss and Response to Plaintiff's Motion to Strike [34] is granted to and including 11/24/2021. Reply in support of motion to strike is now due on 12/8/2021. Emailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.