UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF Live, Ver 6.3.3
Eastern Division

| | | |
|---|---|---|
| STACY DEEMAR | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:21-cv-03466 |
| v. | ) | |
| | ) | Honorable Robert M. Dow Jr. |
| Board of Education of the City of Evanston/ | ) | |
| Skokie District 65, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION TO WITHDRAW ATTORNEY ANDREW S. WILLIS
AS COUNSEL FOR PLAINTIFF**

The undersigned attorney, Andrew S. Willis, requests that this Court allow him to withdraw from representation of Plaintiff, STACY DEEMAR. In support of this motion, counsel states as follows:

1. The undersigned attorney will cease his employment with the law firm of Mauck & Baker, LLC as of May 20, 2022.

2. After May 20, 2022, the undersigned attorney will cease all work on this case with the law firm of Mauck & Baker, LLC.

3. Plaintiff will continue to be represented by attorneys Whitman H. Brisky, John W. Mauck, Braden H. Boucek, Celia H. O'Leary, and Kimberly S. Hermann.

WHEREFORE, the undersigned respectfully request that this Court enter an order allowing the undersigned attorney's withdrawal.

Dated: May 20, 2022                                    Respectfully Submitted,

                                                    By: /s/ Andrew S. Willis

Andrew S. Willis
Mauck & Baker, LLC
1 N. LaSalle St., Ste. 600
Chicago, IL 60602
awillis@mauckbaker.com
312-726-1243

## CERTIFICATE OF SERVICE

I, Andrew S. Willis, certify that on May 20, 2022, I caused a copy of the foregoing motion to be filed electronically through the CM/ECF system, which constitutes service on all counsels of record.

/s/ Andrew S. Willis  
Andrew S. Willis

Andrew S. Willis  
Mauck & Baker, LLC  
1 N. LaSalle St., Ste. 600  
Chicago, IL 60602  
awillis@mauckbaker.com  
312-726-1243