IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STACY DEEMAR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:21-cv-3466 |
| | ) |
| BOARD OF EDUCATION OF THE CITY OF EVANSTON/SKOKIE ("DISTRICT 65"), et al., | ) Judge John J. Tharp, Jr. |
| | ) |
| | ) |
| Defendants. | ) |

**UNOPPOSED MOTION REQUESTING THE COURT TO HOLD A STATUS CONFERENCE AND OPPOSED MOTION TO SET A DISCOVERY SCHEDULE**

Plaintiff Stacy Deemar respectfully moves this Court for to hold a status conference and set a discovery schedule in this case. In support of this motion, Ms. Deemar states as follows:

1. On June 29, 2021, Ms. Deemar filed her complaint against Defendants. (Doc. 1.) On August 30, 2021, Defendants filed a motion to dismiss (Doc. 20) and one attachment: the Declaration of Stacy Beardsley. (Doc. 21-1.) Ms. Deemar responded on October 20, 2021 (Doc. 29), also filing that same day a motion to strike the Declaration of Stacy Beardsley. (Doc. 30.)

2. Defendants completed their briefing on the motion to dismiss on November 24, 2021. (Doc. 36.) Ms. Deemar completed her briefing on the motion to strike on December 7, 2021. (Doc. 38.)

3. On September 27, 2022, this Court entered an order striking both motions without prejudice and ordering their reinstatement instanter upon the filing of supplemental briefs as requested by the Court. (Docs. 41, 42.) The parties complied with the Court's order for additional briefing on October 19, 2022, and November 9, 2022 (Docs. 44, 45) and this Court reinstated the

motion to dismiss. (Doc. 46.) The docket entry did not specifically address the motion to strike; however, the Court's prior order indicated that it would be reinstated instanter upon the filing of the supplemental briefs. (Doc. 42.)

4. On July 10, 2023, Ms. Deemar filed a notice of supplemental authority, alerting the Court to the recent Supreme Court decision of *Students for Fair Admissions v. President and Fellows of Harvard College*, 600 U.S. 181 (2023) and explaining how this case supported her arguments in opposition to the motion to dismiss. (Doc. 52.) This Court then ordered that any response be filed by July 18, 2023. (Doc. 53.) Defendants did so that day. (Doc. 54.)

5. On March 8, 2024, Ms. Deemar filed a notice of supplemental authority, alerting the Court to the recent federal court decision of *Diemert v. City of Seattle*, No. 2:22-cv-1640, 2023 U.S. Dist. LEXIS 151683 (W.D. Wash. Aug. 28, 2023) and explaining how this case supported her arguments in opposition to the motion to dismiss. (Doc. 56.) This Court then ordered that any response be filed by March 18, 2024. (Doc. 57.) Defendants did so that day. (Doc. 58.)

6. While Ms. Deemar awaits this Court's rulings, she remains employed at District 65 under conditions that are materially unchanged and that, as pled, routinely subject her to unlawful racial stereotyping, discrimination, and a hostile educational environment (Doc. 1 at ¶¶ 161-193.)

7. The Parties have not, to date, engaged in any discovery in a case filed almost three years ago.

8. Plaintiff believes that engaging in discovery at this time will speed the ultimate resolution of this case once the pending motions have been decided, and that setting a discovery schedule in the case pursuant to Rule 26 will aid the parties in reaching a resolution.

9. Plaintiff requests that the Court set a date for a status conference in the case at which time a discovery schedule can be set by the Court.

10. Defendants do not oppose the setting of a status conference.

11. Defendants do oppose the setting of a discovery schedule. The parties have agreed to the following briefing schedule: 14 days from the date of this filing to file a response and seven days from the date of the filing of the response to file any reply.

## CONCLUSION

Ms. Deemar thus respectfully moves the Court to set a date for a status conference before the court and, at that time, set a discovery schedule for the case.

Respectfully submitted,

/s/ Braden H. Boucek
KIMBERLY S. HERMANN
GA Bar No. 646473
BRADEN H. BOUCEK
TN BPR No. 021399
GA Bar No. 396831
CELIA H. O'LEARY
GA Bar No. 747472
Southeastern Legal Foundation
560 W. Crossville Road, Suite 104
Roswell, GA  30075
Telephone: (770) 977-2131
khermann@southeasternlegal.org
bboucek@southeasternlegal.org
coleary@southeasternlegal.org


WHITMAN H. BRISKY
ARDC No. 297151
JUDITH A. KOTT
ARDC No. 6280395
Mauck & Baker, LLC
1 N. LaSalle St., Suite 600
Chicago, IL 60602
Telephone: (312) 726-1243
wbrisky@mauckbaker.com
jktott@mauckbaker.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that on June 5, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail and/or facsimile. Parties may access the filing through the Court's electronic filing system.

/s/ Braden H. Boucek  
BRADEN H. BOUCEK
