# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Stacy Deemar

                Plaintiff,

v.　　　　　　　　　　　　　　　　　Case No.: 1:21−cv−03466
　　　　　　　　　　　　　　　　　　Honorable John J. Tharp Jr.

Board of Education of the City of Evanston/Skokie, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 6, 2024:

    MINUTE entry before the Honorable John J. Tharp, Jr:The plaintiff's unopposed motion for status conference and opposed motion for discovery [59] are both denied. The pending motion to dismiss is under the Court's active consideration, and the Court anticipates entering a ruling in the near future. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.