**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)**
**Eastern Division**

Stacy Deemar

                Plaintiff,

v.                               Case No.: 1:21−cv−03466
                                     Honorable John J. Tharp Jr.

Board of Education of the City of Evanston/Skokie, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 23, 2024:

      MINUTE entry before the Honorable John J. Tharp, Jr:The defendants' motion to dismiss [71] is taken under advisement. The plaintiff's response is due by 11/11/2024; the defendants' reply is due by 11/25/2024. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.