**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

STACY DEEMAR,

Plaintiff,

v.

EVANSTON/SKOKIE SCHOOL DISTRICT 65, ANGEL TURNER, in her official capacity, LATARSHA GREEN, in her official capacity, and STACY BEARDSLEY, in her official capacity,

Defendants.

Case No. 1:21-cv-03466

Judge John J. Tharp Jr.

**JOINT STIPULATION**

Plaintiff, Stacy Deemar, and Defendants Evanston/Skokie School District 65, and Angel Turner, LaTarsha Green, and Stacy Beardsley, in their official capacities, by and through their undersigned counsel, hereby stipulate and agree as follows:

1. Plaintiff stipulates and agrees to voluntarily dismiss without prejudice all claims asserted against Angel Turner, LaTarsha Green, and Stacy Beardsley in their official capacities.

2. Defendant Evanston/Skokie District 65 stipulates and agrees that it will not raise an Eleventh Amendment Sovereign Immunity defense in this action.

3. Except as expressly set forth herein, all other claims, defenses, rights, objections, and arguments of all parties are preserved.

**WHEREFORE**, the parties respectfully submit this Stipulation and request that the Court dismiss Defendants Angel Turner, LaTarsha Green, and Stacy Beardsley, in their official capacities, without prejudice.

Dated: September 14, 2026

**FOR PLAINTIFF:**

By: *_/s/ Benjamin I.B. Isgur_*
Counsel for Plaintiff

James V.F. Dickey (jdickey@southeasternlegal.org)
Kimberly S. Hermann (khermann@southeasternlegal.org)
Benjamin I.B. Isgur (bisgur@southeasternlegal.org)
Southeastern Legal Foundation
560 W. Crossville Rd., Suite 104
Roswell, GA 30075

John W. Mauck (jmauck@mauckbaker.com)
Whitman H. Brisky (wbrisky@mauckbaker.com)
Terry S. Lu (tlu@mauckbaker.com)
Mauck & Baker, LLC
1 N. LaSalle St., Suite 3150
Chicago, IL 60602

**FOR DEFENDANTS:**

By: *_/s/ Nicki B. Bazer_*
Counsel for Defendants

Nicki B. Bazer (nbb@franczek.com)
Michael A. Warner, Jr. (maw@franczek.com)
Emily Tulloch (et@franczek.com)
Jason Patterson (jp@franczek.com)
Reva G. Ghadge (rgg@franczek.com)
Franczek P.C.
300 S. Wacker Drive, Suite 3400
Chicago, Illinois 60606
312-986-0300

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

STACY DEEMAR,

Plaintiff,

v.

EVANSTON/SKOKIE SCHOOL DISTRICT 65, ANGEL TURNER, in her official capacity, LATARSHA GREEN, in her official capacity, and STACY BEARDSLEY, in her official capacity,

Defendants.

Case No. 1:21-cv-03466

Hon. John J. Tharp Jr.

**[PROPOSED] AGREED ORDER**

This matter having come before the Court on the Parties' Joint Stipulation, and the Court being fully advised of the premises:

**IT IS HEREBY ORDERED:**

1. Plaintiff's claims against Defendants Angel Turner, LaTarsha Green, and Stacy Beardsley, in their official capacities, are dismissed without prejudice.
2. Defendants Angel Turner, LaTarsha Green, and Stacy Beardsley, in their official capacities, are terminated as parties to this action.
3. The Court understands that, under the terms of the Parties' stipulation, Defendant Board of Education of Evanston/Skokie School District 65 shall not raise any sovereign immunity defense that may be available to Defendant through the course of this litigation.

**ENTERED:**

Dated: September ___, 2026

________________________________________
United States District Judge John J. Tharp Jr.