**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Stacy Deemar

Plaintiff,

v.

Case No.: 1:21−cv−03466
Honorable John J. Tharp Jr.

Board of Education of the City of Evanston/Skokie, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 15, 2026:

MINUTE entry before the Honorable John J. Tharp, Jr: Upon receipt of the parties' stipulation of dismissal [95] and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), defendants Angel Turner, LaTarsha Green, and Stacy Beardsley, in their official capacities, are dismissed from this action. Mailed notice (ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.